AARON H. WOODMAN, APPELLANT, v. OVID C. BIANCHI, DIRECTOR OF REVENUE AND FINANCE OF THE CITY OF ORANGE, RESPONDENT.

Submitted October 25, 1935—Decided February 11, 1936.

For the appellant, *Seymour & Seymour*.

For the respondent, *Edmund J. Dwyer*.

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Heher in the Supreme Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, LLOYD, CASE, BODINE, DONGES, VAN BUSKIRK, DEAR, WELLS, WOLFS-KEIL, RAFFERTY, JJ. 11.

*For reversal*—None.